# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Katherine Dara Richter ) | |
| Plaintiff, ) | Case No. 2:14-cv-02561 |
| ) | |
| vs. ) | |
| ) | |
| Verizon Wireless ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Equifax Information Services, LLC, ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND JUDGEMENT OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COMES NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action, including all of Plaintiff's claims against Defendant Equifax Information Services, LLC. Each party further agrees to bear its respective costs and attorney fees.

| | |
|---|---|
| By: /s/ Chelsea S. Springer | By: /s/ Guillermo G. Zorogastua |
| Chelsea S. Springer KS #20522 | Guillermo G. Zorogastua KS #23556 |
| 1125 Grand Blvd, Suite 1300 | 900 W. 48th Place, Suite 900 |
| Kansas City, MO 64106 | Kansas City, MO 64112 |
| Phone: (816) 842-1317 | Phone: (816) 753-1000 |
| Fax:   (816) 842-0315 | Fax: (816) 753-1536 |
| Email: admin@tlrlaw.com | Email: gzorogastua@polsinelli.com |
| Attorney for Plaintiff | Attorney for Defendant |
| | Equifax Information Services, LLC |

**SO ORDERED.**

1